# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| YURY HRYB,<br><br>　　　　　Petitioner,<br><br>v.<br><br>ERIC HOLDER, FELICIA SKINNER, JANET NAPOLITANO, and BARBARA WALRATH,<br><br>　　　　　Respondents. | Case No. 7:12-CV-128-HL-MSH<br>28 U.S.C. § 2241 |

## ORDER

The Recommendation of United States Magistrate Judge Stephen Hyles is before the Court. (Doc. 10). The Magistrate Judge recommends that the Motion to Dismiss Complaint filed by Defendants be granted and the § 2241 petition filed by Petitioner dismissed without prejudice. He also recommends that Petitioner's Motion to Appoint Counsel be denied as moot. Petitioner has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Motion to Dismiss (Doc. 11) is granted and the Motion to Appoint Counsel (Doc. 2) is denied as moot. The Petition for Writ of Habeas Corpus (Doc. 1) is dismissed without prejudice.

**SO ORDERED**, this the 12th day of February, 2013.

　　　　　　　　　　　　　　　　*/s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh